# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **26 Mag. 402**                          Date **June 23, 2026**

USAO No. **2024R00321**

The Government respectfully requests the Court to dismiss without prejudice the

✓   Complaint          Removal Proceedings in

*United States v.*  **Tania Argueta**

The Complaint/Rule 40 Affidavit was filed on   **February 11, 2026**

✓   *U.S. Marshals please withdraw warrant*

**HENRY ROSS** Digitally signed by HENRY ROSS
Date: 2026.06.23 23:26:45 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: June 24, 2026

ONA T. WANG

UNITED STATES MAGISTRATE JUDGE